AFFIRM; Opinion issued January 16, 2013.



In The

# Court of Appeals
## Fifth District of Texas at Dallas

_____

## No. 05-12-00414-CR
_____

**BARBARA LOUISE BELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-56315-U**

_____

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion by Justice Francis

Barbara Louise Bell waived a jury and pleaded guilty to delivery of dihydrocodeinone in

an amount less than twenty-eight grams. *See* HEALTH & SAFETY CODE ANN. § 481.114(a), (b)

(West 2010). The trial court assessed punishment, enhanced by a prior felony conviction, at

imprisonment for ten years. On appeal, appellant's attorney filed a brief in which she concludes

the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v.*

*California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record

showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d

807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.


_____
MOLLY FRANCIS
JUSTICE


Do Not Publish
Tex. R. App. P. 47

120414F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

BARBARA LOUISE BELL, Appellant

No. 05-12-00414-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 291st Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F11-56315-U).
Opinion delivered by Justice Francis,
Justices Moseley and Lang participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered January 16, 2013.

_____
MOLLY FRANCIS
JUSTICE